IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMMIE RAY LYNN WARD                                                    PLAINTIFFS
AND MARK G. MATEER
V.                           No. 4:11CV00432-SWW-BD

STEWART, *et al.*                                                        DEFENDANTS


RECOMMENDED DISPOSITION

I.   **Procedure for Filing Objections**:

The following recommended disposition has been sent to United States District Court Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommended Disposition. A copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

**II.     Background**:

On May 23, 2011, Plaintiff Jammie Ray Lynn Ward, an inmate housed at the Faulkner County Detention Facility, filed this case *pro se* under 42 U.S.C. § 1983, on behalf of himself and Mark G. Mateer.  (Docket entry #2)  Mr. Ward submitted an application to proceed *in forma pauperis*.  However, the Court denied his application because it lacked documentation required by 28 U.S.C. § 1915(a).

On May 24, 2011, Mr. Ward was given thirty days to submit a complete application to proceed *in forma pauperis* or pay the filing fee of $350.00.  Mr. Ward was further ordered to file an amended complaint within thirty days specifically explaining his deliberate-indifference claim against Defendant Stewart, describing Defendant Montgomery's unconstitutional conduct, and describing his resulting injury.

In the May 24, 2011 Order, Mr. Mateer was also ordered to file an amended complaint within thirty days explaining his constitutional claims.  Mr. Mateer's name appears in the case caption, but he is not mentioned in the body of Mr. Ward's complaint.  Mr. Mateer was further ordered to file an application to proceed *in forma pauperis* or pay the filing fee of $350.00 within thirty days.

The time for filing the additional documentation has passed, and neither Mr. Ward nor Mr. Mateer has complied with the May 24, 2011 Order.  It appears that neither plaintiff is still being held at the Faulkner County Detention Facility, as evidenced by mail returned to the Court as undeliverable.  (Docket entries # 5 - 8)  However, neither

plaintiff has informed the Court of a change of address, as required by Local Rule 5.5(c)(2).

## III. Conclusion:

Messrs. Ward and Mateer were notified that failure to comply with the Court's Order could result in dismissal of the case or of one or more of the parties. Because they have not complied with that Order, the Court now recommends that their claims be dismissed, without prejudice, under Local Rule 5.5(c)(2).

DATED this 30th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE