**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JAMMIE RAY LYNN WARD**                                                   **PLAINTIFFS**
**AND MARK G. MATEER**

**V.**                   **No. 4:11CV00432-SWW-BD**

**STEWART,** *et al.*                                                        **DEFENDANTS**

**ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  No objections have been filed.  After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Accordingly, Plaintiffs' Complaint is dismissed without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's Order of May 24, 2011.

DATED this 26th day of July, 2011.

                                                     /s/Susan Webber Wright
                                                     UNITED STATES DISTRICT JUDGE