# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JAMMIE RAY LYNN WARD**                                       **PLAINTIFFS**
**AND MARK G. MATEER**

**V.**                  **No. 4:11CV00432-SWW-BD**

**STEWART,** *et al.*                                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 26th day of July, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE